# EXHIBIT A

**CHAIKEN, LYONS & GAYNIER**
ATTORNEYS AT LAW
1800 JOHN F. KENNEDY BOULEVARD, SUITE 810
PHILADELPHIA, PA 19103
tel 215-564-1800 fax 215-564-5524

*www.choosechaiken.com*
*jchaiken@jchaikenlaw.com*
*jlyons@jchaikenlaw.com*
*gaynierk@jchaikenlaw.com*

JOSEPH CHAIKEN
JERRY LYONS*
KELSEY GAYNIER**
*Also Admitted in Washington, DC
**Also Admitted in New Jersey

New Jersey Office
10000 Lincoln Drive E, Ste 201
Marlton, NJ 08053
Reply to Philadelphia Office

April 29, 2026

**Via Certified Mail – Return Receipt Requested**
Walmart Inc.
702 S.W. 8th Street
Bentonville, Arkansas 72716
Attn: Legal / Claims Department

**RE: Service of Civil Action Complaint**
**Alinda Murray v. Walmart Stores East, LP d/b/a Walmart Supercenter**
**Philadelphia Court of Common Pleas; Docket No. 2604055583**

Dear Sir or Madam:
Please be advised that this office represents Plaintiff, **Alinda Murray**, in the above-captioned matter.

Enclosed please find a copy of the time-stamped **Civil Action Complaint**, which was filed with the **Philadelphia County Prothonotary's Office** on **April 22, 2026**. As your corporate office is located outside the Commonwealth of Pennsylvania, service is being made upon you via certified mail in accordance with the Pennsylvania Rules of Civil Procedure.

Also enclosed is a **Notice to Defend**, which outlines important information regarding your rights and obligations upon being served with the Civil Action Complaint.

You should **IMMEDIATELY** forward a copy of this letter, along with the enclosed Civil Action Complaint, to your third-party administrator, or liability insurance carrier that provided coverage to you on the date of accident on **05/02/2024.**

Please request that your TPA or insurance provider contact me upon their receipt of these documents.

I can be reached via phone at **215-564-1800** or via email at **Jlyons@JChaikenLaw.com** (please cc my legal assistant on any emails at **MQuigley@JChaikenLaw.com**).

Thank you for your attention to this matter.

MAY 0 8 2026

Very truly yours.
**CHAIKEN, LYONS & GAYNIER, P.C**

/s/ Jerry Lyons
**JERRY LYONS, ESQUIRE**

JL/mq

Enclosures

cc:
Walmart Inc.
Attn: Global Ethics and Compliance
811 Excellence Dr
Bentonville, AR 72716

Walmart Supercenter
1675 S. Christopher Columbus Blvd.
Philadelphia, PA 19148

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)
**APRIL 2026** 03373
E-Filing Number: 2604055583

| | |
|---|---|
| PLAINTIFF'S NAME<br>ALINDA MURRAY | DEFENDANT'S NAME<br>WALMART STORES EAST, LP, D/B/A WALMART SUPERCENTER |
| PLAINTIFF'S ADDRESS<br>7635 WOODCREST AVENUE<br>PHILADELPHIA PA 19151 | DEFENDANT'S ADDRESS<br>1675 S COLUMBUS BOULEVARD<br>PHILADELPHIA PA 19148 |
| PLAINTIFF'S NAME | DEFENDANT'S NAME |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
| PLAINTIFF'S NAME | DEFENDANT'S NAME |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |

TOTAL NUMBER OF PLAINTIFFS: 1

TOTAL NUMBER OF DEFENDANTS: 1

COMMENCEMENT OF ACTION
- [x] Complaint
- [ ] Petition Action
- [ ] Notice of Appeal
- [ ] Writ of Summons
- [ ] Transfer From Other Jurisdictions

AMOUNT IN CONTROVERSY
- [ ] $50,000.00 or less
- [x] More than $50,000.00

COURT PROGRAMS
- [ ] Arbitration
- [x] Jury
- [ ] Non-Jury
- [ ] Other:
- [ ] Mass Tort
- [ ] Savings Action
- [ ] Petition
- [ ] Commerce
- [ ] Minor Court Appeal
- [ ] Statutory Appeals
- [ ] Settlement
- [ ] Minors
- [ ] W/D/Survival

CASE TYPE AND CODE
2S - PREMISES LIABILITY, SLIP/FALL

STATUTORY BASIS FOR CAUSE OF ACTION

RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)

FILED
PRO PROTHY
APR 22 2026
B. BALILONIS

IS CASE SUBJECT TO COORDINATION ORDER?
YES NO

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: ALINDA MURRAY

Papers may be served at the address set forth below.

| | | |
|---|---|---|
| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY<br>JERRY LYONS | | ADDRESS<br>CHAIKEN, LYONS & GAYNIER<br>1800 JFK BLVD.<br>SUITE 810<br>PHILADELPHIA PA 19103 |
| PHONE NUMBER<br>(215)564-1800 | FAX NUMBER<br>(215)564-5524 | |
| SUPREME COURT IDENTIFICATION NO.<br>49543 | | E-MAIL ADDRESS<br>jlyons@jchaikenlaw.com |
| SIGNATURE OF FILING ATTORNEY OR PARTY<br>*JERRY LYONS* | | DATE SUBMITTED<br>Wednesday, April 22, 2026, 05:16 pm |

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
CIVIL TRIAL DIVISION

Filed and Attested by the Office of Judicial Records 22 APR 2026 03:__ pm A. BALILOSKI

Alinda Murray :
7635 Woodcrest Avenue :
Philadelphia, PA 19151 :
vs :
Walmart Stores East, LP, d/b/a :
Walmart Supercenter :
1675 S. Columbus Boulevard :
Philadelphia, PA 19148 :

## CIVIL ACTION COMPLAINT
## 2S - Premises Liability

1. Plaintiff Alinda Murray is an adult individual, citizen of Philadelphia County, Commonwealth of Pennsylvania, residing at the above listed address.

2. Defendant Walmart Stores East, LP, d/b/a Walmart Supercenter ("Walmart"), is a Delaware Corporation, engaged in business in Philadelphia, PA at the store noted above, having a principal place of business at 702 SW 8th Street, Bentonville, AK 72716, and at all times material hereto, acted, or failed to act, through its employees, servants, agents, authorized representatives and independent contractors, all of whom were acting within the course and scope and with Defendant's authority.

3. At all times material hereto, Defendant Walmart did own, possess, control, manage, maintain, inspect and occupy its store # 2141 at 1675 S. Columbus Boulevard, Philadelphia, PA 19148, and was the responsible for the condition of the floors, aisles, fixtures and displays inside the store, along with the safety of its customers and business invitees.

4. On May 2, 2024, Plaintiff Alinda Murray was a business invitee and customer, shopping in Defendant Walmart's store, when she was caused to trip and fall due to an unguarded and unnoticeable merchandise display leg which, the color of which visually blended into the floor, and which jutted out into the aisle, near the Great Value Water end cap display.






5. Plaintiff Alinda Murray notified store personnel of her fall and the dangerous condition, and store personnel came over and placed a caution stanchion at the scene.

6. As a result of the Defendant's negligence and carelessness, Plaintiff Alinda Murray suffered sprains of the tibiofibular and talofibular ligaments of her ankle which became chronic, a bone contusion, swelling, lateral hip pain, and ongoing and chronic injuries to the bursa, tendons and ligaments and supporting structures and tissue and bone of her lower extremities, pain, suffering, loss of life's pleasures, embarrassment and humiliation, medical bills, a limp, serious impairment of body functions, such as walking, standing, negotiating stairs, dancing, household and activities of daily life, and all other damages flowing therefrom.

7. The negligence and carelessness of Defendant Walmart consisted of:

a. failing to provide safe aisles and floors for customers to walk through;

b. failing to provide safe displays, such that display legs did not jut out into the aisles;

c. creating a hazardous and dangerous path for customers to walk;

d. failing to mark or warn of the dangerous condition or otherwise make it noticeable for customers to see while shopping;

e. failing to inspect for such dangerous conditions within its store;

f. failing to protect customers from unnoticeable dangers than visually blended into the floor;

g. having notice of the hazardous and dangerous condition, or being charged with constructive notice as such a condition would have been observable upon a reasonable inspection;

h. creating a hazardous and dangerous condition by placing the display where they placed it and allowing the display's leg to jut out into the aisle;

i. failing to have the hazard and danger cordoned off or marked to notify and protect customers of the hazard and danger;

j. having insufficient lighting;

k. having insufficient warnings;

l. allowing such a hazardous and dangerous to exist for an unreasonable amount of time after having notice, or constructive notice thereof; and

m. failing in its duty to provide a safe shopping environment for its customers.

8. Defendant Walmart, at all times material hereto, acted through its employees, servants, contractors, principals and store personnel in creating the dangerous condition which caused

Plaintiff Arlinda Murry to trip and be injured, and is therefore liable for her injures.

WHEREFORE, Plaintiff Alinda Murray demands trial by a jury of twelve persons and judgment in his favor, jointly and severally, and avers damages in excess of $ 75,000.00.

Respectfully submitted,
**CHAIKEN, LYONS & GAYNIER**

4/21/26

**JERRY LYONS, ESQUIRE** ID 49543
1800 JFK Boulevard, Suite 810
Philadelphia, PA 19103
tel 215-564-1800 fax 215-564-5524
jlyons@jchaikenlaw.com
Attorney for Plaintiff

# VERIFICATION

I, Alinda Murray state that I am the plaintiff in this action and verify that the facts on which the statements are made in the foregoing document true and correct to the best of my knowledge, information and belief. The undersigned understands that the statements therein are made subject to the penalties of 18 Pa.C.S. §4904 relating to unsworn falsification to authorities.

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
CIVIL TRIAL DIVISION

Filed and Attested by the Office of Judicial Records 22 APR 2026 05:50 pm BALILONIS

Alinda Murray :
7635 Woodcrest Avenue :
Philadelphia, PA 19151 :
:
and :
:
Walmart Stores East, LP d/b/a :
Walmart Supercenter :
9528 Northeast Avenue :
Philadelphia, PA 19115 :

## NOTICE TO DEFEND

### NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET HELP. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

PHILADELPHIA BAR ASSOCIATION
LAWYER REFERRAL AND INFORMATION SERVICE
One Reading Center
PHILADELPHIA, PA 19107
TELEPHONE: (215) 238-6333

### AVISO

Le han demandado a usted en la corte. Si desea defenderse de las reclamaciones que se exponen en las páginas siguientes, debe hacerlo dentro de los veinte (20) días siguientes a la notificación de esta demanda y notificación, presentándose por escrito, ya sea personalmente o a través de un abogado, y presentando por escrito ante el tribunal sus defensas u objeciones a las reclamaciones presentadas en su contra. Se le advierte que, de no hacerlo, el caso podría continuar sin su presencia y que el tribunal podría dictar sentencia en su contra sin previo aviso por cualquier cantidad reclamada en la demanda o por cualquier otra reclamación o reparación solicitada por el demandante. Podría perder dinero, bienes u otros derechos importantes para usted.

DEBE LLEVAR ESTE DOCUMENTO A SU ABOGADO DE INMEDIATO. SI NO TIENE UN ABOGADO O NO PUEDE PAGAR UNO, ACÉRQUESE O LLAME A LA OFICINA INDICADA A CONTINUACIÓN PARA SABER DÓNDE PUEDE OBTENER AYUDA. ESTA OFICINA PUEDE PROPORCIONARLE INFORMACIÓN SOBRE LA CONTRATACIÓN DE UN ABOGADO.

LLEVE ESTA DEMANDA A UN ABOGADO IN-MEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICO. VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

ASSOCIATION DE LICENDIADOS DE FILADELFIA
SERVICIO DE REFERENCIA LEGAL
One Reading Center
FILADELFIA, PA, 19107
TELEFONA: (215) 238-6333
TTY: (215) 451-6197

Chaiken, Lyons & Gaynier
1800 JFK Boulevard
Suite 810
Philadelphia, PA 19103

**CERTIFIED MAIL**®

9589 0710 5270 3428 3913 20

quadient
FIRST-CLASS MAIL
IMI
$010.73
04/30/2026 ZIP 19103
043M31240
US POSTAGE

Walmart Inc.
702 S.W. 8th Street
Bentonville, Arkansas 72716
Attn: Legal / Claims Department

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE